# United States Bankruptcy Court
# District of Delaware

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Homer City Funding LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**51-0412981** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>**Homer City Funding LLC**<br>**c/o Wilmington Trust, N.A., Suite 1300**<br>**1105 N. Market Street, Wilmington, Delaware**<br>**19801** | Street Address of Joint Debtor (No. & Street, City, State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New Castle County, Delaware** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

______________________

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check **one** box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |

Estimates Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimates Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Homer City Funding LLC** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ____________________________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

____________________________________
(Name of landlord that obtained judgment)

____________________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (if not represented by attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
(Signature of Foreign Representative)

______________________________
(Printed Name of Foreign Representative)

______________________________
Date

### Signature of Attorney*

X /s/ Paul N. Heath
Signature of Attorney for Debtor(s)
Paul N. Heath (No. 3704)
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
920 N. King Street, One Rodney Square
Address
Wilmington, Delaware 19801
(302) 651-7700
Telephone Number
November 6, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Thomas M. Strauss
Signature of Authorized Individual
Thomas M. Strauss
Printed Name of Authorized Individual
Authorized Officer
Title of Authorized Individual
November 6, 2012
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

______________________________

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**WRITTEN CONSENT**
**OF**
**THE SOLE MEMBER**
**OF**
**HOMER CITY FUNDING LLC**
**DATED AS OF NOVEMBER 6, 2012**

Wilmington Trust Company (the "Member"), as the sole member of Homer City Funding LLC, a Delaware limited liability company (the "Company"), does hereby consent in writing (this "Written Consent") to the adoption of, and does hereby adopt, the following resolutions and actions specified herein:

WHEREAS, on December 1, 2001, the Member entered into the Amended and Restated Limited Liability Company Agreement of the Company, dated as of December 1, 2001 (the "LLC Agreement");

WHEREAS, by letter, dated October 3, 2012 (the "Direction Letter"),[1] The Bank of New York, in its capacity as the Bondholder Trustee (as defined in the LLC Agreement), directed the Member, in the name of and on behalf of the Company, to, and the Member, in accordance with the advice of the Company's counsel, Richards, Layton & Finger, P.A. ("Company Counsel"), agreed to, among other things, take the following actions in the name of and on behalf of the Company (collectively, the "Company Actions"):

i. execute, deliver, comply with and perform the terms of the Plan Support Agreement (the "Plan Support Agreement"), among the Company, General Electric Capital Corporation, EFS-N, Inc., Metropolitan Life Insurance Company, Homer City Generation, L.P. ("NewCo") and certain creditors of the Company that are a party thereto;

ii. in accordance with the terms of the Plan Support Agreement, commence a solicitation of votes on the Plan (as defined in the Plan Support Agreement);

iii. in accordance with the terms of the Plan Support Agreement, (a) file a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), (b) file the Plan with the Bankruptcy Court, and (c) seek confirmation of the Plan;

iv. sign the Direction Letter;

v. forbear from exercising remedies as outlined in the Plan Support Agreement and issue such instructions to the trustees (the "Lease Indenture Trustees") under those certain Indenture of Trust and Security Agreements, dated as of December 7, 2001 (the "Lease Indentures"), the Security Agent under the Bond Indenture (as defined in the Direction Letter) and the Lease Indentures (the "Security Agent"),

[1] A copy of the Direction Letter is attached hereto as Exhibit A.

and the Collateral Agent under the Bond Indenture and the Lease Indentures (the "Collateral Agent") as are necessary to comply with the forbearance set forth in the Plan Support Agreement;

vi. request that the Lease Indenture Trustees, the Security Agent, the Collateral Agent and Union Bank of California, N.A. consent to and cancel each Debt Service Reserve Letter of Credit and Debt Service Reserve Letter of Credit and Reimbursement Agreement (each as defined in the Plan Support Agreement) in accordance with the terms of the Plan Support Agreement, and otherwise comply with the provisions of the Plan Support Agreement requiring forbearance from drawing on any Debt Service Reserve Letter of Credit and the Company's retention of any proceeds of any draw on any Debt Service Reserve Letter of Credit for use in accordance with the Plan;

vii. implement the Plan in accordance with its terms and any order of the Bankruptcy Court confirming the Plan;

viii. on the effective date of the Plan, sign the Consent, Termination and Release Agreement attached to that certain Master Transaction Agreement between EME Homer City Generation L.P. and NewCo;

ix. take such other actions, sign such other documents and give such other consents, waivers and directions as are reasonably necessary to effectuate the Plan Support Agreement, the Plan and any order of the Bankruptcy Court confirming the Plan; and

x. in the event the Plan Support Agreement is terminated before the effective date of the Plan, move to dismiss the Bankruptcy Case and taking all necessary or appropriate actions to obtain an order dismissing the Bankruptcy Case;

WHEREAS, pursuant to Section 5.01 of the LLC Agreement, (i) the business and affairs of the Company are managed solely and exclusively by, and the management of the Company is vested solely and exclusively in, the Member and (ii) the Member may (a) appoint one or more officers (each, an "Officer") of the Company, who may have such titles and exercise and perform such rights, duties, powers, authority and authorization as the Member may provide and (b) delegate to one or more Officers the Member's rights and powers to manage and control the Company; and

WHEREAS, the Member, in accordance with the advice of Company Counsel and consistent with the terms of the LLC Agreement and the Direction Letter, including, without limitation, clause h thereof, desires to (i) appoint Thomas M. Strauss as an Officer of the Company and (ii) in connection with such appointment, but subject to any restrictions on the activities of the Company in the LLC Agreement, delegate to Thomas M. Strauss, in his capacity as an Officer of the Company, all of the rights, duties, powers, authority and authorization of the Member as are reasonably necessary and convenient in his judgment to manage and control the Company without any further approval of the Member being required, including, without limitation, (A) all of such rights, duties, powers, authority and authorization as are reasonably

necessary and convenient in his judgment to perform any and all Company Actions in the name of and on behalf of the Company, and (B) the power and authority to execute, deliver and perform any document in the name of and on behalf of the Company.

NOW, THEREFORE, BE IT,

RESOLVED that it is in the interests of the Company to comply with, and satisfy its obligations under and in accordance with the terms of, the Direction Letter and Plan Support Agreement, including without limitation, the commencement of a case under chapter 11 of the Bankruptcy Code, seeking confirmation of the Plan, and taking all acts and executing all documents necessary or appropriate in furtherance thereof;

RESOLVED FURTHER, that Thomas M. Strauss is hereby appointed as an Officer of the Company;

RESOLVED FURTHER, that Thomas M. Strauss, in his capacity as an Officer of the Company, shall, subject to any restrictions on the activities of the Company in the LLC Agreement, have all of the rights, duties, powers, authority and authorization as are reasonably necessary and convenient in his judgment to manage and control the Company without any further approval of the Member being required, including, without limitation, (i) all of such rights, duties, powers, authority and authorization as are reasonably necessary and convenient in his judgment to perform any and all Company Actions in the name of and on behalf of the Company and (ii) the power and authority to execute, deliver and perform any document in the name of and on behalf of the Company;

RESOLVED FURTHER, that any and all past actions heretofore taken by the Company in furtherance of any or all of the preceding resolutions, are ratified, confirmed and approved in all respects; and

RESOLVED FURTHER, that any and all past actions heretofore taken by Thomas M. Strauss, in his capacity as an Officer of the Company, in furtherance of any or all of the preceding resolutions, are ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, the Member has caused this Written Consent to be duly executed as of the date first written above.

Wilmington Trust Company, as the Member

By: JCM
Name: J. Christopher Murphy
Title: Financial Services Officer

**EXHIBIT A TO WRITTEN CONSENT OF THE SOLE MEMBER**

**Direction Letter**

October 3, 2012

Wilmington Trust Company
1100 North Market Street
Wilmington, DE 19890
Attention: Corporate Trust Division

**Re: Homer City Funding LLC**

Ladies and Gentlemen:

Reference is made to that certain First Amended and Restated Indenture, dated as of December 7, 2001 (the "Bond Indenture" and, with respect to the series of bonds issued thereunder, the "Bonds"), among Homer City Funding LLC (the "Company") and The Bank of New York, as successor trustee (the "Trustee"). Capitalized terms used but not otherwise defined herein shall be ascribed the meanings provided in the Bond Indenture.

Provided that (a) the Trustee has not received full payment of the installment of principal and interest due under the Bond Indenture on October 1, 2012, and (b) either the Company waives the 5 Business Day period that the payment described in (a) above must be outstanding to constitute an Event of Default under the Bond Indenture (the "Grace Period") or such Grace Period expires without full payment being made, the undersigned Trustee under the Bond Indenture hereby requests that and instructs Wilmington Trust Company to, in its capacity as sole member of the Company (the "Member"), execute, deliver, comply with and perform the terms of the Plan Support Agreement among the Company, General Electric Capital Corporation, EFS-N, Inc., Metropolitan Life Insurance Company, Homer City Generation, L.P., and certain holders of Bonds (the "Plan Support Agreement") on behalf of the Company, including, without limitation, by retaining, on behalf of the Company, without any cost or expense to the Member, the law firm of Richards, Layton & Finger P.A. ("Company Delaware Bankruptcy Counsel") and, in accordance with the advice and at the request of Company Delaware Bankruptcy Counsel, by taking the following actions:

a. commencing a solicitation of votes on the Plan (as defined in the Plan Support Agreement) in accordance with the Plan Support Agreement;

b. (i) filing a petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in accordance with the terms of the Plan Support Agreement (the "Bankruptcy Case"), (ii) filing the Plan with the Bankruptcy Court, and (iii) seeking confirmation of the Plan in accordance with the terms of the Plan Support Agreement;

c. signing this request and instruction;

d. forbearing from exercising remedies as outlined in the Plan Support Agreement and issuing such instructions to the trustees (the "Lease Indenture Trustees") under those certain Indenture of Trust and Security Agreements, dated as of December 7, 2001 (the "Lease Indentures"), the Security Agent under the Bond Indenture and the Lease Indentures (the "Security Agent"), and the Collateral Agent under the Bond Indenture and the Lease Indentures (the "Collateral Agent") as are necessary to comply with the forbearance set forth in the Plan Support Agreement;

e. requesting that the Lease Indenture Trustees, the Security Agent, the Collateral Agent and Union Bank of California, N.A. consent to and cancel each Debt Service Reserve Letter of Credit and Debt Service Reserve Letter of Credit and Reimbursement Agreement as defined in and in accordance with the terms of the Plan Support Agreement, and otherwise complying with the provisions of the Plan Support Agreement requiring forbearance from drawing on any Debt Service Reserve Letter of Credit and the retention at the Company of any proceeds of any draw on any Debt Service Reserve Letter of Credit for use in accordance with the Plan;

f. implementing the Plan in accordance with the Plan and any order of the Bankruptcy Court confirming the Plan;

g. on the Effective Date (as defined in the Plan) of the Plan, signing the Consent, Termination and Release Agreement attached to that certain Master Transaction Agreement between EME Homer City Generation L.P. and Homer City Generation, L.P.;

h. taking such other actions, signing such other documents and giving such other consents, waivers and directions as are reasonably necessary to effectuate the Plan Support Agreement, the Plan and any order of the Bankruptcy Court confirming the Plan, all as instructed or advised by Company Delaware Bankruptcy Counsel; and

i. notwithstanding anything to the contrary herein, in the event the Plan Support Agreement is terminated before the Effective Date of the Plan, moving to dismiss the Bankruptcy Case and taking all necessary or appropriate actions to obtain an order dismissing the Bankruptcy Case, all as instructed or advised by Company Delaware Bankruptcy Counsel.

The Trustee hereby consents to the foregoing and to (i) the execution, delivery and filing (in the Bankruptcy Case or elsewhere) of all petitions, schedules, motions, lists, applications, pleadings, and other papers as are necessary to confirm and implement the Plan, (ii) the Company's employment and retention of legal counsel to assist with the foregoing, and (iii) all further acts and deeds which the Member deems necessary, proper,

or desirable in connection with the solicitation of votes on the Plan or the Bankruptcy Case, in each case, in accordance with the Plan Support Agreement.

Please do not hesitate to contact us if you have any questions. Thank you.

[Signature Page Follows]

Very truly yours,

The Bank of New York,
as Trustee under the Bond Indenture

By: ______________________
Name: CHRISTOPHER J. GRELL
Title: VICE PRESIDENT

Accepted and agreed to:

Wilmington Trust Company, as
Member of the Company

By: ______________________
Name:
Title:

Very truly yours,

The Bank of New York,
as Trustee under the Bond Indenture

By: ______________________
Name:
Title:

Accepted and agreed to:

Wilmington Trust Company, as
Member of the Company

By: ______________________
Name: Patricia A. Evans
Title: Vice President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ***In re*** | : | |
| | : | **Chapter 11** |
| | : | |
| **HOMER CITY FUNDING LLC,**[1] | : | |
| | : | **Case No. 12-________ (___)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Tax I.D. No. 51-0412981** | : | |

**<u>LIST OF CREDITORS HOLDING UNSECURED CLAIMS</u>**

Homer City Funding LLC (the "***Debtor***") filed a voluntary petition in this Court on November 6, 2012 for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq*. The following is a list of the Debtor's unsecured creditors based on the Debtor's books and records as of approximately June 30, 2012. This list was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.[2] The information presented in this list shall not constitute an admission by, nor is it binding on, the Debtor. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority and/or amount of any such claim.

[Creditor Listing Begins on Next Page]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the tax identification number for the Debtor, is Homer City Funding LLC (2981). The Debtor's address solely for purposes of mailings and communications is c/o Wilmington Trust, N.A., Suite 1300, 1105 N. Market Street, Wilmington Delaware 19801 (Attn: Thomas M. Strauss).

[2] The Debtor is a special purpose entity. As such, the Debtor believes that it has, at most, two unsecured creditors. All such creditors are included in this list.

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 1. | The Bank of New York Mellon | 101 Barclay Street<br>New York, New York 10286<br>Attn: Corporate Trust Division<br>Facsimile No.: 212-815-5704 | 8.734% Senior Secured Bonds issued in the original principal amount of $530 million, maturing in 2026 (the "***Series B Bonds***") | N/A | $465,976,000[1] |
| 2. | The Bank of New York Mellon | 101 Barclay Street<br>New York, New York 10286<br>Attn: Corporate Trust Division<br>Facsimile No.: 212-815-5704 | 8.137% Senior Secured Bonds issued in the original principal amount of $300 million, maturing in 2019 (the "***Series A Bonds***") | N/A | $174,000,000[2] |

[1] This amount reflects the aggregate principal amount of Series B Bonds that were outstanding as of June 30, 2012. The amount of the unsecured deficiency claim arising under such bonds, if any, is not known at this time.

[2] This amount reflects the aggregate principal amount of Series A Bonds that were outstanding as of June 30, 2012. The amount of the unsecured deficiency claim arising under such bonds, if any, is not known at this time.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| | : | |
| **HOMER CITY FUNDING LLC,**[1] | : | |
| | : | **Case No. 12-________ (___)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Tax I.D. No. 51-0412981** | : | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF UNSECURED CLAIMS

I, Thomas M. Strauss, the Authorized Officer of Homer City Funding LLC, the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing *List of Creditors Holding Unsecured Claims* and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: November 6, 2012

/s/ *Thomas M. Strauss*
Name: Thomas M. Strauss
Title: Authorized Officer

[1] The Debtor in this chapter 11 case, along with the last four digits of the tax identification number for the Debtor, is Homer City Funding LLC (2981). The Debtor's address solely for purposes of mailings and communications is c/o Wilmington Trust, N.A., Suite 1300, 1105 N. Market Street, Wilmington Delaware 19801 (Attn: Thomas M. Strauss).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| | : | |
| **HOMER CITY FUNDING LLC,**[1] | : | |
| | : | **Case No. 12-________ (___)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Tax I.D. No. 51-0412981** | : | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holder of Homer City Funding, LLC, the above-captioned debtor, is:

| **Name** | **Address** | **Equity Holdings** |
|---|---|---|
| HCF Charitable Remainder Trust | c/o Wilmington Trust Company, as Trustee<br>1100 N. Market Street<br>Wilmington, Delaware 19890<br>Attn: Corporate Trust Administration | 100% |

[1] The Debtor in this chapter 11 case, along with the last four digits of the tax identification number for the Debtor, is Homer City Funding LLC (2981). The Debtor's address solely for purposes of mailings and communications is c/o Wilmington Trust, N.A., Suite 1300, 1105 N. Market Street, Wilmington Delaware 19801 (Attn: Thomas M. Strauss).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| | : | |
| **HOMER CITY FUNDING LLC,**[1] | : | |
| | : | **Case No. 12-________ (___)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Tax I.D. No. 51-0412981** | : | |

**DECLARATION CONCERNING THE DEBTOR'S**
**LIST OF EQUITY SECURITY HOLDERS**

I, Thomas M. Strauss, the Authorized Officer of Homer City Funding LLC, the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing *List of Equity Security Holders* and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: November 6, 2012

*/s/ Thomas M. Strauss*
Name: Thomas M. Strauss
Title: Authorized Officer

[1] The Debtor in this chapter 11 case, along with the last four digits of the tax identification number for the Debtor, is Homer City Funding LLC (2981). The Debtor's address solely for purposes of mailings and communications is c/o Wilmington Trust, N.A., Suite 1300, 1105 N. Market Street, Wilmington Delaware 19801 (Attn: Thomas M. Strauss).